**Raymond CORNWELL, Petitioner–Appellant,**

v.

**Carl CASTERLINE, Respondent–Appellee.**

No. 03–30198
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 20, 2003.

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:*

Raymond Cornwell, Federal prisoner # 03181–052, has appealed the district court's judgment dismissing his application for a writ of habeas corpus challenging his 1990 conviction in the United States District Court for the Northern District of

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

New York for conspiracy to manufacture and distribute methamphetamine. Cornwell contends that he should be permitted to proceed under 28 U.S.C. § 2241 under the Savings Clause of 28 U.S.C. § 2255 because he is innocent in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Cornwell's argument is foreclosed by *Wesson v. United States Penitentiary Beaumont, TX*, 305 F.3d 343, 347 (5th Cir.2002), *cert. denied*, —— U.S. ——, 123 S.Ct. 1374, 155 L.Ed.2d 212 (2003).

Because Cornwell's appeal is without arguable merit, it is DISMISSED AS FRIVOLOUS. *See Howard v. King*, 707 F.2d 215, 219–20 (5th Cir.1983); *see also* 5TH CIR. R. 42.2. Cornwell's motion for appointment of counsel is DENIED.

APPEAL DISMISSED; MOTION DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.